AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| EASTERN | District of | ARKANSAS |
|---|---|---|

UNITED STATES OF AMERICA
v.

WENDI CAROL WILLIAMS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 4:03cr00269-01 GH

USM Number: 06113-010

Blake Hendrix
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  General, Standard 3, 5, 11, & Special  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Defendant shall not commit another federal, state, or local crime | 3/6/06 |
| Standard 3 | Defendant shall answer truthfully all inquiries by the probation officer | 6/2/06 |
| Standard 5 | Defendant shall work regularly at a lawful occupation | 6/1/05 |
| Standard 11 | Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer | 3/17/06 |
| Special | Defendant shall complete six months in a community confinement center | 7/3/05 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  ***-**-4064

Defendant's Date of Birth:  **/**/1968

Defendant's Residence Address:
redacted pursuant to JCUS Policy
Jonesboro, Arkansas

Defendant's Mailing Address:
same as above

July 25, 2006
Date of Imposition of Judgment

*/s/ James M. Moody*
Signature of Judge

James M. Moody
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

July 25, 2006
Date

Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: WENDI CAROL WILLIAMS
CASE NUMBER: 4:03cr00269-01 GH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **ten (10) months**

X  The court makes the following recommendations to the Bureau of Prisons:
Defendant shall participate in mental health counseling.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
  ☐  at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐  as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  X  before 2 p.m. on __August 28, 2006__ .
  X  as notified by the United States Marshal.
  ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL